_____



**SO ORDERED,**

**Judge Neil P. Olack**
United States Bankruptcy Judge
Date Signed: January 27, 2015

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    PETRO-SERVE, LTD.                                                         CASE NO. 88-07888-NPO

    DEBTOR.                                                                                     CHAPTER 7

### ORDER DENYING APPLICATION

There came on for consideration the Notice of Deficiency (the "Deficiency Notice") (Dkt. 131) issued to Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, Attorney-In-Fact for Michael E. Hertling ("Hertling") on November 17, 2014. The Deficiency Notice provided that Hertling's Application for Order Directing Payment of Funds to Creditor/Claimant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041 *et. seq.* (the "Application") (Dkt. 127) filed on November 10, 2014 was deficient because Hertling's telephone number and signature on Form W-9 (Request for Taxpayer Identification Number and Certification) were omitted. The Deficiency Notice further stated that failure to cure the deficiency on or before December 1, 2014 could result in the Application being "denied without further notice." As of the date of this Order, the deficiency has not been cured. Consequently, the Court finds that the Application should be denied.

IT IS, THEREFORE, ORDERED that the Application hereby is denied.

##END OF ORDER##