MSSB Form 1340 (12/19)

US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED

2021 MAR -1 AM 10: 32

DANNY L. MILLER
CLERK

BY _____ DEPUTY

| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | PETRO-SERVE, LTD | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if any) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 88-07888

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

Amount: $1,441.98

Claimant's Name: Helen I Sarver

Claimant's Current Mailing Address   19311 La Serena Dr.
Estero FL 33967

Claimant's Current Telephone Number: (239) 267-5110

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

[X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

MSSB Form 1340 (12/19)

### 4. Notice to United States Attorney

Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

☒ Jackson Office

U.S. Attorney's Office
501 East Court Street, Suite 4.430
Jackson, MS 39201

☐ Gulfport Office

U.S. Attorney's Office
1575 20th Avenue, 2nd Floor
Gulfport, MS 39501

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Applicant

Helen I Sarver
_____
Printed Name of Applicant

Address: 19311 La Serena Dr
Estero FL 33967

Telephone: (239) 267-5110

Email: N/A

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 1/6/2021

N/A
_____
Signature of Applicant  *[signed: Helen I Sarver]*

N/A
_____
Printed Name of Applicant

Address:

Telephone:

Email:

### 6. Notarization

STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___
by _____

Who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) _____
Notary Public
My commission expires:
_____

### 6. Notarization

STATE OF Florida
COUNTY OF Lee

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 6th day of January, 2021
by Helen I Sarver

Who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) *[signed]*
Notary Public
My commission expires:
5/12/2022

ELIESE GOLDENBLOOME
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG212733
Expires 5/12/2022

Application for Payment of Unclaimed Funds

# GENERAL AFFIDAVIT

The within named person (Affiant), __Helen I Sarver__, who is a resident of __Lee__ County, State of __Florida__, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

I am the Helen I Sarver that was a creditor in the 1988 Petro-Serve, LTD Bankruptcy.

Dated this __6Th__ day of __January__, 20__21__.

_[signature]_
Signature of Affiant

================================================================

State of __Florida__

County of __Lee__

Subscribed and sworn to, or affirmed, before me on this __6th__ day of __January__, 20__21__ by Affiant __Helen I Sarver__

_[signature]_
Signature of Notary Public

__5/12/2022__
My Commission Expires:

ELIESE GOLDENBLOOME
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG212733
Expires 5/12/2022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    Petro-Serve, LTD                              CASE NO. 88-07888-NPO

    Debtor.                                         CHAPTER 7

### CERTIFICATE OF SERVICE

I, Helen I Sarver, certify that I have this date served by first class United States mail, with all postage pre-paid a true and correct copy of the attached *Application for Payment of Unclaimed Funds* to:

        Office of the United States Attorney
        Southern District of Mississippi
        501 E Court St., Suite 4-430
        Jackson, MS 39201

This the 22nd day of February, 2021

By: _(Signature)_

Print Name: Helen I Sarver
Address: 19311 La Serena Dr, Estero FL 33967

Telephone: (239) 267-5110