# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   PETRO-SERVE, LTD

CASE NO. 88-07888-NPO

DEBTOR(S).                                              CHAPTER 7

## ORDER GRANTING APPLICATION
## FOR PAYMENT OF UNCLAIMED FUNDS

On 2/22/2021, an Application for Payment of Unclaimed Funds (the "Application") (Dkt. #         ) was filed for the Claimant(s), Helen I Sarver, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The Application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $1,441.98 held in unclaimed funds be made payable to Helen I Sarver and be disbursed to the payee at the following address: 19311 La Serena Dr., Estero FL 33967.

The Clerk will disburse the funds not earlier than 14 days after entry of this order.

## ## END OF ORDER##

Submitted by:
Helen I Sarver
19311 La Serena Dr.
Estero FL 33967
(239) 267-5110

(Form Date: 12/1/2019)                                              Page 1 of 1