19311
ESTERO FL 33967

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
P.O Box 2448
Jackson, MS 39225-2448

RECEIVE[D]
MAR 0 1 2021
U.S. Bankruptcy C[ourt]
Southern District o[f Mississippi]