

**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: March 8, 2021**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **PETRO-SERVE, LTD.,**                                    **CASE NO. 88-07888-NPO**

    **DEBTOR.**                                    **CHAPTER 7**

### ORDER GRANTING APPLICATION
### FOR PAYMENT OF UNCLAIMED FUNDS

On March 1, 2021, an Application for Payment of Unclaimed Funds (the "Application") (Dkt. # 180) was filed by the Claimant, Helen I. Sarver, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).  The Application and supporting documentation establish that the Claimant is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 1,441.98 held in unclaimed funds be made payable to Helen I. Sarver and be disbursed to the payee at the following address: 19311 La Serena Dr., Estero, FL 33967.  The Clerk will disburse the funds not earlier than 14 days after entry of this order.

## END OF ORDER##